(128 So. 926)

**TUCKER MOTOR CO. v. Louise THOMPSON.**

**5 Div. 772.**

Court of Appeals of Alabama.
May 28, 1930.

London, Yancey & Brower, Jim C. Smith and Whit Windham, all of Birmingham, for appellant.

John A. Darden, of Goodwater, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

(119 So. 926)

**Dave TURNER v. STATE. (7 Div. 407.)**

Court of Appeals of Alabama. Jan. 22, 1929.

RICE, J. Affirmed.

(121 So. 926)

**Mose TURNER v. STATE. (2 Div. 427.)**

Court of Appeals of Alabama. April 2, 1929.

RICE, J. Appeal dismissed.

(128 So. 926)

**T. S. TURNER v. STATE.**

**7 Div. 658.**

Court of Appeals of Alabama.
June 10, 1930.

RICE, J.
Appeal dismissed.

(119 So. 926)

**Emmett TYE v. STATE. (5 Div. 701.)**

Court of Appeals of Alabama. Dec. 11, 1928.

BRICKEN, P. J. Appeal dismissed.

(123 So. 927)

**Jesse TYSON v. STATE. (7 Div. 569.)**

Court of Appeals of Alabama. July 18, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(119 So. 927)

**Will TYSON v. STATE. (4 Div. 412.)**

Court of Appeals of Alabama. Jan. 8, 1929.

SAMFORD, J. Appeal dismissed.

(128 So. 926)

**Brady ULDRIC v. STATE.**

**5 Div. 806.**

Court of Appeals of Alabama.
May 13, 1930.

BRICKEN, P. J.

The conviction of this appellant in the court below was for the offense of violating the prohibition law and the trial was had, before a jury, upon an indictment preferred by the grand jury. The jury assessed a fine of $50, the costs of the case amounted to $160.60, and, the defendant having failed to pay the fine and cost or to confess judgment therefor, the court sentenced him to hard labor for 20 days to pay the fine, 221 days to pay the cost, and also to 6 months' hard labor added by the court. From the judgment of conviction, this appeal was taken. The appeal here is rested upon the record proper; there being no bill of exceptions. The record is regular and without error; therefore the judgment of conviction appealed from must stand affirmed.

Affirmed.

(122 So. 926)

**Jake VANCE v. CITY OF BIRMINGHAM.**
**(6 Div. 579.)**

Court of Appeals of Alabama. April 30, 1929.

BRICKEN, P. J. Affirmed.